FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ Feb 23 2007 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

          Plaintiff,

v.

ROBERT MALETTA,

          Defendant.
-------------------------------------------------X

Civil Action No.: CV-06-2155
Judge: Feuerstein
Magistrate Judge: Reyes

## CONSENT JUDGMENT

Plaintiff United States of America and defendant Robert Maletta, by their undersigned attorneys, stipulate that judgment be entered in favor of the United States totaling **$599,658.11**, plus interest accruing, as provided by 26 U.S.C. §§6601, 6621, from March 10, 2006 through date of entry of judgment, with interest to accrue on such amount after the entry of judgment as provided by 28 U.S.C. §1961(c)(1). The total judgment relates to the following assessed and unpaid federal income tax liabilities of Defendant Robert Maletta for years 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, and 2003, inclusive of accrued statutory amounts computed through March 10, 2006, as more particularly described below:

1.     Unpaid federal income tax for the 1994 tax year totaling $65,776.48;

2.     Unpaid federal income tax for the 1995 tax year totaling $69,142.85;

3.     Unpaid federal income tax for the 1996 tax year totaling $56,690.78;

4.     Unpaid federal income tax for the 1997 tax year totaling $67,315.47;

5.     Unpaid federal income tax for the 1998 tax year totaling $72,392.47;

6.     Unpaid federal income tax for the 1999 tax year totaling $65,976.34;

7.     Unpaid federal income tax for the 2000 tax year totaling $64,453.64;

8. Unpaid federal income tax for the 2001 tax year totaling $57,936.46;

9. Unpaid federal income tax for the 2002 tax year totaling $48,036.50; and

10. Unpaid federal income tax for the 2003 tax year totaling $31,937.12;

11. The parties shall bear their respective costs, including any attorney's fees or other expenses stemming from this litigation.

| /s/ Bartholomew Cirenza | /s/ Harold S. Berzow |
|---|---|
| BARTHOLOMEW CIRENZA (BC6415) | HAROLD S. BERZOW |
| Trial Attorney | Ruskin Moscou Faltischek, P.C. |
| U.S. Department of Justice, Tax Division | 1425 Reckson Plaza |
| PO Box 55, Ben Franklin Station | East Tower, 15th Floor |
| Washington, D.C. 20044 | Uniondale, New York 11556-1425 |
| Tel. No.: (202) 307-6503 | Tel. No.: (516) 663-6600 |
| Fax: (202) 514-9649 | Fax: (516) 663-6796 |
| [Email: bartholomew.cirenza@usdoj.gov] | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS **SO ORDERED**, this _____ day of February, 2007, by

_____
SANDRA J. FEUERSTEIN
United States District Judge
Eastern District of New York

PURSUANT TO THE ORDERS OF HON. SANDRA J. FEUERSTEIN DATED 2/8/2007 and 12/4/2014:

JUDGMENT ENTERED

2/23/2007
Date

DOUGLAS C. PALMER    2200974.1
Clerk of Court

By: /s/ Catherine Vukovich
Deputy Clerk